# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 6:17-CV-03281-MDH |
| | ) |
| **CHRISTOPHER WALLACE,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Before the Court is the Government's Motion for Conditional Release. (Doc. 16). Pursuant to the governing law and in accordance with Local Rule 72.1 of the United States District Court for the Western District of Missouri, the government's motion was referred to the United States Magistrate Judge for preliminary review under 28 U.S.C. § 636(b).

The Magistrate Judge conducted a hearing on June 9, 2020 (Doc. 19) and submitted a report and recommendation to the undersigned. (Doc. 20). Parties have agreed to waive the statutory 14 day waiting period in which to file exceptions. Therefore, the matter is ripe for review. After a review of the record before the Court, the Court agrees with the report and recommendation issued by the United States Magistrate Judge, and in accordance with such:

**IT IS HEREBY ORDERED** that the report and recommendation (Doc. 20) of the United States Magistrate Judge is **ADOPTED** and that the government's Motion for Conditional Release (Doc. 16) is **GRANTED.**

**IT IS FURTHER ORDERED** that Defendant be, and is hereby, conditionally released pursuant to Title 18 U.S.C. § 4246(e) under the following conditions:

1

1. Mr. Wallace shall reside at La Casa Transitional Rehabilitation Program, 1131 Spring Rd NW, Washington, DC 20010, (202) 882-1237. This program provides participates with an Individualized Service Plan that identifies goals to be met in the program. The primary objective is to assist the participants in finding employment and moving into permanent housing. Registered sex offenders are able to participate. He shall remain at said residence at the direction of U.S. Probation Officer. The U.S. Probation Office should be notified in advance of any changes from this residence.

2. Mr. Wallace shall actively participate in, and cooperate with, a regimen of mental health care and psychiatric aftercare as directed and administered by the treating mental health provider. This is to include his voluntary admission to an inpatient facility for stabilization should it be deemed necessary. He shall follow all the rules, regulations and instructions of the treatment staff and comply with the treatment regimen recommended.

3. Mr. Wallace shall continue to take his medications, including injectable units, as prescribed for him by the medical provider.

4. Mr. Wallace shall waive his rights to confidentiality regarding his mental health treatment in order to allow sharing of information with the supervising U.S. Probation Officer and other mental health treatment providers, who will assist in evaluating his ongoing appropriateness for community placement.

5. Mr. Wallace shall refrain from the use of alcohol and illegal drug usage, as well as the abuse of over-the-counter medications, and submit to random urinalysis testing as warranted by treating mental health staff and/or the probation officer. This also includes participating in substance abuse treatment as deemed necessary.

6. Mr. Wallace shall not have in his possession at any time actual or imitation firearms or other deadly weapons and he may not write, say or communicate threats. He shall submit to a warrantless search on request of his U.S. Probation Officer or any law enforcement officer of his person or property for the purpose of determining compliance with this provision and shall permit confiscation of any such contraband.

7. Mr. Wallace shall not commit a federal, state, or local crime, and he will immediately notify his U.S. Probation Officer if he is arrested or questioned by any law enforcement officer. He shall not associate with any person convicted of a felony, unless granted permission to do so, from his U.S. Probation Officer.

8. Annual reports will be written by the U.S. Probation Office regarding the status of Mr. Wallace's conditional release. The report should be submitted to the Legal Department at USMCFP Springfield, Missouri, for filing with the Court.

**IT IS SO ORDERED.**

DATED: June 18, 2020

          */s/ Douglas Harpool*
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**